UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Shawn Brown,  Case No. 23-mc-0051 (WMW)

    Plaintiff,

v.  **ORDER DENYING AUTHORIZATION**

Christy Gilleland, Gilleland Chevrolet,

    Defendant.

---

This matter is before the Court on Plaintiff Shawn Brown's request for authorization to file a new civil action. (Dkt. 1.) Brown has been restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. The present Complaint is similar to Brown's numerous other complaints—dubious allegations that someone has purchased a life insurance policy in Brown's name and that a group is now stalking him, attempting to kill him. This Complaint—like the others—does not establish a basis for federal jurisdiction because the Complaint does not identify any violation of federal law and the parties are citizens of the same state. Even beyond the lack of jurisdiction, the Complaint is entirely implausible because it is devoid of factual allegations that would support a claim for relief. The Court concludes that the proposed civil action lacks an arguable basis both in fact and in law and, therefore, is frivolous. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Accordingly, the Court denies the request for authorization, orders that this proceeding be closed and denies Brown's application to

proceed *in forma pauperis* as moot. The Court also certifies that any appeal taken from this denial would not be in good faith, and thus any request to proceed *in forma pauperis* on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A); 28 U.S.C. § 1915(a)(3). The Court denies Brown the ability to proceed *in forma pauperis* on appeal because the Court finds that the Court lacks jurisdiction over the matter and that the Complaint is frivolous.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 31, 2023                              s/Wilhelmina M. Wright
                                                    Wilhelmina M. Wright
                                                    United States District Judge